**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**October 28, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 05-60233
Summary Calendar

RAMZAN ALI, also known as Ali Ramzan;
RAHEEL ALI, also known as Ali Raheel,

                                    Petitioners,

versus

ALBERTO R. GONZALES, U.S.
ATTORNEY GENERAL,

                                    Respondent.

Petition for Review of an Order of the Board of Immigration Appeals
(Agency Nos. A95 319 889 and A95 319 888)

Before REAVLEY, JOLLY and OWEN, Circuit Judges.

PER CURIAM:[*]

       Petitioners appeal the Board's denial of their petition to reopen the removal

proceeding.  There being no new facts set forth, reopening was not warranted.  No other

issue is properly before this court.

       Petition DENIED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.